**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 2 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| AMMAR AL-BALUCHI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2083 (PLF) |
| | ) | |
| ROBERT M. GATES, | ) | |
| Secretary of Defense, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## [PROPOSED] ORDER

HAVING CONSIDERED the Government's Unopposed Motion for Extension of Time to File Factual Return, it is hereby this 28 day of October, 2009, **ORDERED** that the Government shall file the factual return for Petitioner Ammar Al-Baluchi, a/k/a Ali Abdul Aziz Ali (ISN 10018) on or before December 17, 2009.

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE